MMS lljs
AO 91 (Rev. 11/11) Criminal Complaint

2023R00246

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

UNITED STATES OF AMERICA

v.

Case No.  23-mj-365 (ECW)

JACKIE RAHM LITTLE
a/k/a Joel Arthur Tueting

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge

and belief.  On or about April 24, 2023, in Hennepin County, in the State and District of Minnesota, defendant(s)

did maliciously damage or destroy, or attempt to damage or destroy, by means of fire or an explosive, a building or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce, in violation of Title 18, United States Code, Sections 844(i).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime and email
pursuant to Fed. R. Crim. P. 41(d)(3).

William F. Fulton III, Special Agent
_____
*Printed name and title*

Date:   April 27, 2023

_____
*Judge's Signature*

City and State:   St. Paul, MN

Elizabeth Cowan Wright
United States Magistrate Judge
_____
*Printed Name and Title*