UNITED STATES DISTRICT COURT
District of Minnesota

Cr 23-173
WMW/DLM

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 844(i)<br>18 U.S.C. § 247(a)(1) |
| v. | 18 U.S.C. § 247(d)(3) |
| JACKIE RAHM LITTLE,<br>a/k/a Joel Arthur Tueting, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Arson)

On or about April 24, 2023, in the State and District of Minnesota, the defendant,

**JACKIE RAHM LITTLE,**
a/k/a Joel Arthur Tueting,

did maliciously damage and destroy, by means of fire, the Masjid Al-Rahma, a building used in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 844(i).

### COUNT 2
(Damage to Religious Property)

On or about April 24, 2023, in the State and District of Minnesota, the defendant,

**JACKIE RAHM LITTLE,**
a/k/a Joel Arthur Tueting,

did intentionally deface, damage and destroy religious real property, because of the religious character of that property, and attempted to do so, which offense was in and


SCANNED
MAY 04 2023
U.S. DISTRICT COURT MPLS

United States v. Jackie Rahm Little

affecting interstate commerce, and which acts included the use or attempted use of fire, all in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3).

A TRUE BILL

_____      _____
UNITED STATES ATTORNEY                FOREPERSON