# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | BEFORE:  ELIZABETH COWAN WRIGHT |
| Jackie Rahm Little, Defendant. | U.S. Magistrate Judge-Courtroom 3C |

| | |
|---|---|
| Case No: | 23-cr-173 WMW/ECW |
| Date: | May 4, 2023 |
| Court Reporter | Tim Willette |
| Time Commenced: | 11:10 a.m. |
| Time Concluded: | 11.11 a.m. |
| Time in Court: | 1 minute |

**APPEARANCES:**

Plaintiff: Manda Sertich
Defendant: Aaron Morrison
 X Appointed   X Federal Defender

**Indictment Dated:** May 4, 2023

 X Reading of Indictment Waived   X Not Guilty Plea Entered

Other Remarks:
X Arraignment/Scheduling Order will be issued.

                        s/TMA
                      Signature of Courtroom Deputy