**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA

                Plaintiff

v.

Jackie Rahm Little,

                Defendant

**COURT MINUTES – CRIMINAL**
BEFORE:  Elizabeth Cowan Wright
U.S. Magistrate Judge-

| | |
|---|---|
| Case No: | 23-cr-173 WMW/DLM |
| Date: | May 4, 2023 |
| Courthouse/Courtroom: | St. Paul-3C |
| Court Reporter: | Tim Willette |
| Time Commenced: | 11:11 a.m. |
| Time Concluded: | 11:15 a.m. |
| Time in Court: | 4 minutes |

**DETENTION HRG ONLY**

APPEARANCES:

  Plaintiff:   Manda Sertich, Assistant U.S. Attorney
  Defendant: Aaron Morrison
               X FPD                X Appointed

On   X Indictment
X Deft Ordered Detained - Govt to submit proposed order

Additional Information:
Defendant waived his right to a detention hearing at this time.
Defendant also arraigned. See separate minutes.

                                              s/TMA
                             Signature of Courtroom Deputy