Skip to Main Content Logout My Account Search Menu New Criminal/Traffic/Petty Search Refine Search Back

Location : All MNCIS Sites - Case Search   Help

# REGISTER OF ACTIONS
## CASE NO. 27-CR-21-22535

| State of Minnesota vs JACKIE RAHM LITTLE | § § § § § § | Case Type: | **Crim/Traf Mandatory** |
|---|---|---|---|
| | | Date Filed: | **12/07/2021** |
| | | Location: | **Hennepin Criminal/Traffic/Petty Downtown** |
| | | Judicial Officer: | **Bartolomei, Luis** |

---

### PARTY INFORMATION

| | | | | Lead Attorneys |
|---|---|---|---|---|
| **Defendant** | **LITTLE, JACKIE RAHM** <br> 2445 Portland Ave <br> Minneapolis, MN 55407 | | Male <br> DOB: 01/26/1987 | **EDUARDO SALGADO DIAZ** <br> *Public Defender* <br> 612-596-6567(W) |
| **Jurisdiction** | **State of Minnesota** <br> NONE | | | **KALI ASHLEY GARDNER** <br> 612-348-6396(W) |

---

### CASE INFORMATION

| **Charges: LITTLE, JACKIE RAHM** | **Statute** | **Level** | **Date** | **Disposition** | **Level of Sentence** |
|---|---|---|---|---|---|
| 1. Arson-2nd Degree-Building-Value $1,000 or More | 609.562 | Felony | 12/02/2021 | | |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 12/07/2021 | **E-filed Comp-Order for Detention**   Index # 1 |
| 12/07/2021 | **Interim Condition for LITTLE, JACKIE RAHM** <br> - No contact with victim(s) <br> - Post Bail or Bond with Conditions <br>   $40,000.00 |
| 12/07/2021 | **Pretrial Release Evaluation Form**   Index # 2 |
| 12/07/2021 | **Application for Public Defender**   Index # 3 |
| 12/08/2021 | **First Appearance** (1:30 PM) (Judicial Officer Norris, Lyonel) <br> Result: Held On the Record |
| 12/08/2021 | **Hearing Held Using Remote Technology** |
| 12/08/2021 | **Identity Verified** |
| 12/08/2021 | **Order Granting Public Defender**   Index # 4 (Judicial Officer: Norris, Lyonel ) |
| 12/08/2021 | **Interim Condition for LITTLE, JACKIE RAHM** <br> - Follow all instructions of probation <br> - Conditions, other <br>   *Report to Probation with 24 hours of release.* <br> - Contact with probation <br> - Do not leave Minnesota without written court approval <br> - Do not ship/transport/possess or receive firearm or ammo <br>   *explosives and incendiary devices* <br> - Remain law-abiding <br> - Make all future court appearances <br> - Comply With Geographic Restrictions Imposed <br>   *Stay three blocks away from 1911 Park Ave S, Minneapolis, MN.* <br> - Post Cash Bail with Conditions <br>   $2,000.00 <br> - Post Bail or Bond with No Conditions <br>   $7,000.00 <br> - Post Bail or Bond with Conditions <br>   $40,000.00 |
| 12/08/2021 | **Order for Conditional Release**   Index # 5 (Judicial Officer: Norris, Lyonel ) <br> *provided to HCSO for service on deft* |
| 12/08/2021 | **Statement of Rights**   Index # 6 |
| 12/14/2021 | **Assignment of Bail**   Index # 7 <br> *Assignment of Bail To A Third Party* |
| 12/16/2021 | **Pre-Plea Worksheet**   Index # 8 <br> *CRS* |
| 12/20/2021 | **Demand or Request for Discovery**   Index # 9 |
| 01/04/2022 | **Omnibus Hearing** (1:30 PM) (Judicial Officer Bartolomei, Luis) <br> Result: Held On the Record |
| 01/04/2022 | **Bail to stand as previously ordered** |
| 01/12/2022 | **Omnibus Hearing** (2:30 PM) (Judicial Officer Bartolomei, Luis) <br> Result: Held On the Record |
| 01/12/2022 | **Bail to stand as previously ordered** |
| 01/12/2022 | **Hearing Held Using Remote Technology** |
| 01/12/2022 | **Order-Evaluation for Competency to Proceed (Rule 20.01)**   Index # 10 (Judicial Officer: Bartolomei, Luis ) |
| 01/12/2022 | **Probable Cause Found** |

**DEFENDANT'S EXHIBIT**
**1**
23-CR-173

| Date | Event |
|---|---|
| | *for purposes of Rule 20.01* |
| 02/11/2022 | **Order-Evaluation for Competency to Proceed (Rule 20.01)**   Index # 11 (Judicial Officer: Bartolomei, Luis) |
| | *Rule 20.01* |
| 02/14/2022 | **Probable Cause Found** |
| 02/18/2022 | *CANCELED* **Hearing** (9:00 AM) (Judicial Officer Bartolomei, Luis) |
| | *Other* |
| | *Rule 20.01 tracking date* |
| 03/10/2022 | **Request for Continuance   Index # 12** |
| | *of 3/15 R20 Return-additional testing needed. Examiner can have report completed by 3/18. No objections. GRANTED.* |
| 03/18/2022 | **Rule 20 Report Distributed** |
| 03/18/2022 | **Rule 20 Evaluation Report   Index # 13** |
| | *Rule 20.01 Report Dr. Jennifer Duchschere* |
| 03/22/2022 | *CANCELED* **Hearing** (1:30 PM) (Judicial Officer Janzen, Lisa K) |
| | *Other* |
| | *Rule 20.01-cont. from 3/15* |
| | 02/15/2022 Reset by Court to 03/15/2022 |
| | 03/15/2022 Continued to 03/22/2022 - Other - LITTLE, JACKIE RAHM; State of Minnesota |
| 04/04/2022 | **Hearing** (2:00 PM) (Judicial Officer Bartolomei, Luis) |
| | *Rule 20.01 tracking; ENTER COMPETENCY FINDING* |
| | 03/17/2022 Reset by Court to 04/04/2022 |
| | Result: Held Off the Record |
| 04/04/2022 | **Notice of Remote Hearing with Instructions   Index # 14** |
| | *Mailed to Defendant* |
| 04/04/2022 | **Hearing Held Using Remote Technology** |
| 04/11/2022 | **Omnibus Hearing** (2:00 PM) (Judicial Officer Bartolomei, Luis) |
| | *Rule 20.01 tracking; ENTER COMPETENCY FINDING* |
| | Result: Held On the Record |
| 04/11/2022 | **Hearing Held Using Remote Technology** |
| 04/11/2022 | **Found Competent** (Judicial Officer: Bartolomei, Luis) |
| 04/11/2022 | **Notice of Remote Hearing with Instructions   Index # 15** |
| | *Emailed to Defendant* |
| 04/11/2022 | **Interim Condition for LITTLE, JACKIE RAHM** |
| | - Follow all instructions of probation |
| | - Conditions, other |
| | *Report to Probation with 24 hours of release.* |
| | - Contact with probation |
| | - Do not leave Minnesota without written court approval |
| | - Do not ship/transport/possess or receive firearm or ammo |
| | *explosives and incendiary devices* |
| | - Remain law-abiding |
| | - Make all future court appearances |
| | - Comply With Geographic Restrictions Imposed |
| | *Stay one blocks away from 1911 Park Ave S, Minneapolis, MN.* |
| | - Post Cash Bail with Conditions |
| | $2,000.00 |
| | - Post Bail or Bond with No Conditions |
| | $7,000.00 |
| | - Post Bail or Bond with Conditions |
| | $40,000.00 |
| 04/11/2022 | **Order for Conditional Release   Index # 16** (Judicial Officer: Bartolomei, Luis) |
| 04/12/2022 | **Interim Condition for LITTLE, JACKIE RAHM** |
| | - Sign all releases of information |
| | - Follow all instructions of probation |
| | - Conditions, other |
| | *Report to Probation with 24 hours of release.* |
| | - Contact with probation |
| | - Do not leave Minnesota without written court approval |
| | - Do not ship/transport/possess or receive firearm or ammo |
| | *explosives and incendiary devices* |
| | - Remain law-abiding |
| | - Make all future court appearances |
| | - Comply With Geographic Restrictions Imposed |
| | *Stay one blocks away from 1911 Park Ave S, Minneapolis, MN.* |
| | - Post Cash Bail with Conditions |
| | $2,000.00 |
| | - Post Bail or Bond with No Conditions |
| | $4,000.00 |
| | - Post Bail or Bond with Conditions |
| | $2,000.00 |
| 04/20/2022 | **Proposed Order or Document   Index # 17** |
| | *Request to Revoke CDR* |
| 04/20/2022 | **Conditional Release Violation Report   Index # 18** |
| | *CDR-VR* |
| 04/20/2022 | **Warrant Issued   Index # 19** |
| 04/20/2022 | **Order Revoking Interim Conditions of Release   Index # 20** (Judicial Officer: Bartolomei, Luis) |
| 04/21/2022 | **Notice of Remote Hearing with Instructions   Index # 21** |
| | *Emailed to Defendant* |
| 05/02/2022 | **Warrant Cleared by Wt Office** |
| 05/03/2022 | **Hearing** (1:30 PM) (Judicial Officer Chou, Marta M.) |
| | *Previously ID'd* |
| | Result: Held On the Record |

| Date | Event |
|---|---|
| 05/03/2022 | **Hearing Held Using Remote Technology** |
| 05/03/2022 | **Interim Condition for LITTLE, JACKIE RAHM**<br>- Post Bail or Bond with No Conditions<br>$10,000.00 |
| 05/11/2022 | **Assignment of Bail    Index # 25**<br>*Assignment of Bail to a Third Party* |
| 05/31/2022 | **Omnibus Hearing** (2:30 PM) (Judicial Officer Bartolomei, Luis)<br>*05/05/2022 Reset by Court to 05/31/2022*<br>Result: Held On the Record |
| 05/31/2022 | **Hearing Held Using Remote Technology** |
| 05/31/2022 | **Hearing Held Using Remote Technology** |
| 05/31/2022 | **Order-Evaluation for Competency to Proceed (Rule 20.01)**    Index # 26 (Judicial Officer: Bartolomei, Luis) |
| 05/31/2022 | **Probable Cause Found**<br>*for purposes of Rule 20* |
| 05/31/2022 | **Notice of Remote Hearing with Instructions    Index # 27** |
| 06/09/2022 | **Notice of Remote Hearing with Instructions    Index # 28** |
| 06/09/2022 | **Notice of Remote Hearing with Instructions    Index # 29** |
| 08/02/2022 | **Rule 20 Report Distributed** |
| 08/02/2022 | **Rule 20 Progress Report    Index # 30**<br>*Memo to Court Dr. Flowers* |
| 08/02/2022 | **e-Service**<br>laura.prahl@hennepin.us<br>LITTLE, JACKIE RAHM         Served        08/02/2022 |
| 08/19/2022 | **Rule 20 Evaluation Report    Index # 31**<br>*Rule 20.01 Report Dr. Flowers* |
| 08/19/2022 | **e-Service**<br>laura.prahl@hennepin.us<br>LITTLE, JACKIE RAHM         Served        08/19/2022 |
| 08/19/2022 | **Rule 20 Report Distributed** |
| 08/23/2022 | *CANCELED* **Hearing** (1:30 PM) (Judicial Officer Janzen, Lisa K)<br>Other<br>Rule 20<br>*08/09/2022 Reset by Court to 08/23/2022* |
| 08/23/2022 | **Notice of Hearing    Index # 32**<br>*mailed to defendant* |
| 09/06/2022 | *CANCELED* **Hearing** (10:00 AM) (Judicial Officer Bartolomei, Luis)<br>Other<br>Rule 20 tracking<br>*08/12/2022 Reset by Court to 09/06/2022* |
| 09/12/2022 | **Returned Mail    Index # 33** |
| 09/22/2022 | **Request for Continuance    Index # 34**<br>*of 10/12 contested competency hearing-anticipated completion of adverse report is late October or early November. No objection. GRANTED.* |
| 11/02/2022 | **Request for Continuance    Index # 35**<br>*of 11/17 contested competency hearing-to allow adverse examiner additional time to complete report. No objections. GRANTED.* |
| 01/11/2023 | **Waiver of Appearance    Index # 36**<br>*parties agree to enter incompetency finding administratively via email* |
| 01/11/2023 | **Found Incompetent** (Judicial Officer: Borer, George) |
| 01/12/2023 | *CANCELED* **Evidentiary Hearing** (9:00 AM) (Judicial Officer Borer, George)<br>Other<br>contested competency hearing-cont. from 10/12 and 11/17<br>10/12/2022 Continued to 11/17/2022 - Other - LITTLE, JACKIE RAHM<br>11/17/2022 Continued to 01/03/2023 - Defendant Request - LITTLE, JACKIE RAHM<br>01/03/2023 Reset by Court to 01/12/2023 |
| 07/18/2023 | **Review Hearing** (1:30 PM) (Judicial Officer Browne, Michael K)<br>*6 month review* |