UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 23-173 (WMW/DLM) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION TO SEAL** |
| | ) | |
| JACKIE RAHM LITTLE, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Jackie Little, by and through his attorney, Aaron Morrison, pursuant to Local Rule 49.1(d), hereby respectfully moves the Court to seal the following documents that have been filed under temporary seal, ECF #25.

This Motion is supported by a memorandum of law filed under temporary seal pursuant to LR 49.1(d)(1)(B).

Dated:   June 26, 2023.                             Respectfully submitted,

*s/ Aaron J. Morrison*

AARON J. MORRISON
Attorney ID No. 341241
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

1