UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 23-173 (WMW/DLM) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S NOTICE OF** |
| | ) | **DEFENSE PURSUANT TO** |
| JACKIE RAHM LITTLE, | ) | **FED.R.CRIM.P. 12.2 (a) and (b)** |
| | ) | |
| Defendant. | ) | |

Defendant, Jackie Little, by and through his attorney, Aaron Morrison, gives notice, pursuant to Federal Rule 12.2 (a) and (b), that he intends to assert a defense of insanity and introduce expert testimony relating to a mental disease or defect or any other mental condition of Mr. Little bearing upon the issue of guilt.

Dated:   June 26, 2023.                                   Respectfully submitted,

                                                          *s/ Aaron J. Morrison*

                                                          AARON J. MORRISON
                                                          Attorney ID No. 341241
                                                          Attorney for Defendant
                                                          107 U.S. Courthouse
                                                          300 South Fourth Street
                                                          Minneapolis, MN 55415