UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Jackie Rahm Little,<br><br>                Defendant. | No. 23-cr-173 (WMW/DLM)<br><br>**ORDER** |

Defendant Jackie Little, through counsel, has filed a motion to continue the motion filing date and motions hearing. The motion is granted.

On today's date, Mr. Little's counsel filed a motion to determine competency. (Doc. 24.) Under 18 U.S.C. § 3161(h)(1)(A), any period of delay resulting from any proceeding to determine the mental competency of the defendant is excludable from the computation of time within which the trial of an offense must commence pursuant to the Speedy Trial Act. Additionally, the Court finds that the ends of justice in granting Mr. Little's motion outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7). Specifically, the Court finds that the issues identified by defense counsel with respect to Mr. Little's competency must be prioritized over his (and the public's) speedy-trial rights in order to ensure a fair trial.

The motion-filing deadline and motions hearing date is hereby continued until a determination of competency has been made, and the period during which competency proceedings are ongoing will be excluded under the Speedy Trial Act.

DATED:  June 27, 2023 *s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge