UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Jackie Rahm Little,<br><br>          Defendant. | No. 23-cr-0173 (WMW/DLM)<br><br>ORDER OF COMMITMENT TO THE CUSTODY OF THE ATTORNEY GENERAL UNDER 18 U.S.C. § 4241(d) |

      On November 8, 2023, the Court held an evidentiary hearing pursuant to 18 U.S.C. § 4247(d) to determine Mr. Little's mental competency. Mr. Little was present and represented by Aaron Morrison, Assistant Federal Defender. The government was represented by Kimberly Svendsen, Assistant United States Attorney. Mr. Little was advised of his right to testify, present evidence, subpoena witnesses, and confront and cross-examine any adverse witnesses. Neither party presented live testimony. The parties stipulated to the admissibility of the psychological reports and evaluations found at Docket Nos. 25 and 47. No other evidence was proffered or received. Mr. Little requested a 30-day continuance of the evidentiary hearing but did not identify any reason for the request.[1] Accordingly, the Court denied Mr. Little's request for a continuance.

      Based on the record before the Court, the evidence establishes by a preponderance of the evidence that Mr. Little is presently suffering from a mental disease or defect

---

[1] In making the request for a continuance, Mr. Little's attorney was clear that the request was coming from Mr. Little himself, and not sought by counsel.

rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him *and* unable to assist properly in his defense.

Therefore, pursuant to 18 U.S.C. § 4241(d), Mr. Little is **COMMITTED** to the custody of the Attorney General. The Attorney General shall hospitalize Mr. Little for treatment in a suitable facility for such a reasonable period, not to exceed 120 days, as is necessary to determine whether there is a substantial probability that in the foreseeable future Mr. Little will attain the capacity to permit the proceedings to go forward. The Court strongly recommends that Mr. Little be hospitalized at Federal Medical Center ("FMC") Rochester to facilitate access to counsel throughout his hospitalization, if consistent with Mr. Little's treatment needs and the Bureau of Prison's placement criteria.

DATED:  November 8, 2023            　s/Douglas L. Micko　　　　　
　　　　　　　　　　　　　　　　　　DOUGLAS L. MICKO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge