# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | GOVERNMENT'S EXHIBIT LIST |
|---|---|
| **v.** | |
| JACKIE RAHM LITTLE | Criminal No. 23-173 (WMW/DLM) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Douglas L. Micko | Evan B. Gilead, AUSA | Aaron J. Morrison |
| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| December 18, 2019 (Competency Motion) | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | X | September 24, 2024, Forensic Evaluation Report Authored by Dr. Megan Marks, Psy. D.; *see also* ECF No. 121. |
| 2 | | | | X | CV of Dr. Megan Marks, Psy. D. |
| 3 | | | | X | CV of Dr. Sandy Lee, M.D. |