UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-cr-173 (ADM/DLM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACKIE RAHM LITTLE,

    Defendant.

**ORDER**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Douglas L. Micko dated February 14, 2025. (Doc. 135). In the Report and Recommendation, the Magistrate Judge recommended granting the Government's motion to extend Mr. Little's competency restoration period from September 24, 2024, to March 24, 2025. (*Id.* at 1). Mr. Little's counsel does not object to the government's request, or the conclusions reached in the Report and Recommendation. (*Id.*; Doc. 137).

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Douglas L. Micko dated February 14, 2025. (Doc. 135).

2. The Government's Motion to Extend the Period for Mr. Little's Health Treatment Pursuant to 18 U.S.C. §4241(d)(2)(A) is **GRANTED**. (Doc. 133).

3. Mr. Little's competency restoration period shall be extended from September 24, 2024, to March 24, 2025.

4. The Federal Medical Center shall file a psychiatric and neuropsychological report with this Court no later than March 24, 2025, with copies provided to defense counsel and the Government, pursuant to 18 U.S.C. §4247(c).

5. The Court shall schedule a hearing pursuant to the provisions of 18 U.S.C. §§ 4241(c) and 4247(d) upon completion and evaluation and report.

Dated: February 27, 2025            s/Ann D. Montgomery
                                    ANN D. MONTGOMERY
                                    United States District Judge