UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Jackie Rahm Little,<br><br>    Defendant. | **COURT MINUTES**<br>BEFORE: DOUGLAS L. MICKO<br>U.S. MAGISTRATE JUDGE<br><br>Case No.: 23-cr-173 (ADM/DLM)<br>Date: May 19, 2025<br>Location: Zoom video conference<br>Court Reporter: Maria Weinbeck<br>Time Commenced: 9:50 a.m.<br>Time Concluded: 10:02 a.m.<br>Time in Court: 12 minutes<br>Hearing Type: Evidentiary |

**COMPETENCY HEARING**

**APPEARANCES:**

For the government: Evan Gilead
For Mr. Little: Aaron Morrison

Interpreter/Language: None

**PROCEEDINGS**:

The Court held a competency hearing via Zoom video conference. Mr. Little was present at the hearing. Neither party called any witnesses nor entered any exhibits. The Court accepted the findings of the March 21, 2025 Mental Competency (Doc. 139).

☐ Order to be issued
☐ No Order to be issued
☒ R&R to be issued by **June 18, 2025**
☐ No R&R to be issued
☐ Exhibits retained by the Court
☐ No exhibits retained by the Court

*AEF*
Judicial Law Clerk