UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-CR-173 (ADM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Jackie Rahm Little, | |
| Defendant. | |

This case is before the undersigned on the Report and Recommendation issued on May 19, 2025 (Dkt. No. 143) by Magistrate Judge Douglas L. Micko. The parties have indicated they have no objections. Accordingly, after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

Mr. Little is found competent to proceed to trial pursuant to 18 U.S.C. § 4241(a).


Dated: May 22, 2025

s/Ann D. Montgomery
ANN D. MONTGOMERY
United States District Judge