# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 23-cr-173 ADM/DLM |
| | Date: February 19, 2026 |
| Jackie Rahm Little, | Court Reporter: Renee Rogge |
| | Courthouse: Minneapolis |
| Defendant | Courtroom: 13E |
| | Time Commenced: 1:39 p.m. |
| | Time Concluded: 2:47 p.m. |
| | Time in Court: 1 Hour & 8 Minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Kristian Weir, AUSA
For Defendant: James Becker, FPD

☒ Sentencing

IT IS ORDERED:
Defendant is sentenced to:

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| One & Two | X | 70 months | 3 years |

**TERMS TO BE SERVED CONCURRENTLY

☒ Special conditions of: **See J&C for special conditions**
☒ Defendant sentenced to pay:
  ☒ Restitution in the amount of $378,022.59
  ☒ Special assessment in the amount of $200.
☒ Defendant remanded to the custody of the USM.
***Doc. No. 169 shall remain sealed until February 19, 2041.

<u>s/LPH</u>
Courtroom Deputy